FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENNIFER FOLAN, ET AL., | ) |
| Plaintiffs, | ) Case No. 21-CV-03385 |
| v. | ) Magistrate Judge Gabriel A. Fuentes |
| OPTION CARE HEALTH, INC., | ) |
| Defendant. | ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT AGREEMENT, FOR APPROVAL OF SETTLEMENT NOTICE, AND FOR SCHEDULING OF FINAL APPROVAL HEARING**

For the reasons stated in their accompanying Memorandum of Law, Named Plaintiffs and Class Representatives Jennifer Folan and Robin Allen, move this Court to enter their Proposed Order and: (1) grant preliminary approval of their Collective and Class Action Settlement Agreement; (2) certify the proposed FLSA Settlement Class and the Illinois Settlement Class for settlement purposes; (3) appoint Plaintiffs' Counsel as Class Counsel; (4) appoint Rust Consulting, Inc. as the Settlement Administrator; (5) approve the proposed Court-Authorized Notice of Settlement; and (6) set the date for the Final Approval Hearing. Defendant Option Care Health, Inc. does not oppose this Motion and/or the certification of the class for the limited purpose of settlement.[1]

Date: December 22, 2021   Respectfully submitted,

/s/Logan A. Pardell
Logan A. Pardell*
Gregg I. Shavitz**

---

[1] Defendant Option Care Health, Inc. expressly reserves the right to oppose class certification, if the Settlement is unexpectedly not approved by the Court.

Alan Quiles**
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, Florida 33431
Telephone:     (561) 447-8888
Facsimile:     (561) 447-8831
lpardell@shavitzlaw.com
gshavitz@shavitzlaw.com
aquiles@shavitzlaw.com

Douglas Werman
WERMAN SALAS, P.C.
77 W Washington St, Suite 1402
Chicago, IL 60602
Telephone:     (312) 419-1008
Facsimile:      (312)-419-1025
dwerman@flsalaw.com


*Attorneys for Plaintiffs, the FLSA Collective and Illinois Class*

*\* pro hac vice admitted*
*\*\*pro hac vice application forthcoming*