IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JENNIFER FOLAN, ET AL.,** ) | |
| ) | |
| **Plaintiffs,** ) | Case No. 21-CV-03385 |
| ) | |
| v. ) | |
| ) | Magistrate Judge Gabriel A. Fuentes |
| ) | |
| **OPTION CARE HEALTH, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

Named Plaintiffs and Class Representatives Jennifer Folan and Robin Allen, on behalf of themselves, and the Settlement Class Members, respectfully request that this Honorable Court grant Plaintiffs' Unopposed Motion for Final Approval of Class and Collective Action Settlement Agreement arising from their claims for unpaid wages under the Illinois Minimum Wage Law ("IMWL"), 820 ILCS 105/1 *et seq.*, the Illinois Wage Payment and Collection Act, 820 ILCS 115/1, *et seq.* ("IWPCA"), and the Fair Labor Standards Act, 29 U.S.C. § 216 ("FLSA"). In support of this Motion, the Class Representatives submit a Memorandum of Law in Support of their Motion for Final Approval of Class and Collective Action Settlement. The Class Representatives request that the Court enter the proposed Final Approval Order, attached as Exhibit 1 to the Memorandum of Law.

Date: April 13, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/Logan A. Pardell*
　　　　　　　　　　　　　　　　　　　　Logan A. Pardell*
　　　　　　　　　　　　　　　　　　　　Gregg I. Shavitz**

Alan Quiles**
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, Florida 33431
Telephone:  (561) 447-8888
Facsimile:  (561) 447-8831
lpardell@shavitzlaw.com
gshavitz@shavitzlaw.com
aquiles@shavitzlaw.com

Douglas Werman
WERMAN SALAS, P.C.
77 W Washington St, Suite 1402
Chicago, IL 60602
Telephone:  (312) 419-1008
Facsimile:   (312)-419-1025
dwerman@flsalaw.com

*Attorneys for Plaintiffs, the FLSA Collective and Illinois Class*

*\* pro hac vice admitted*
*\*\*pro hac vice application forthcoming*